THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
　　　*v.* CARLO PERINO et al., Appellants.

*Crimes — robbery in first degree — judgment of conviction affirmed.*

*People* v. *Perino,* 213 App. Div. 855, affirmed.

(Argued December 1, 1925; decided December 15, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 3, 1925, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York, rendered upon a verdict convicting the defendants of the crime of robbery in the first degree.

*Frank Hendrick* for appellants.

*Joab H. Banton, District Attorney (Charles Henry* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

H. E. BENJAMIN Co., INC., Respondent, *v.* EDWIN NOTTINGHAM, President of the Vocational High School Commission, et al., Appellants.

*Appeal — order appointing referee — appeal without permission to Court of Appeals dismissed.*

*Benjamin Co., Inc.,* v. *Nottingham,* 214 App. Div. 760, appeal dismissed.

(Submitted December 8, 1925; decided December 15, 1925.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 20, 1925, which affirmed an order of Special Term appointing a referee to hear and determine the issues in the above-entitled action.

The motion was made on the grounds that no appeal lay as of right to the Court of Appeals and that permission to appeal had not been obtained.

*William Rubin* for motion.

*Frank J. Cregg, Corporation Counsel (Frank W. Baker* of counsel), opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.